DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARRY NARINE** and **GLORIA NARINE,**
Appellants,

v.

**MURLEY SARAH NARINE** and **NAVINDRA NOEL NARINE,**
Appellees.

No. 4D2023-1835

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan F. Greenhawt, Judge; L.T. Case No. FMCE18-000044.

Dawn Weiger O'Neill, St. Petersburg, for appellants.

Daniel DeSouza of DeSouza Law, P.A., Coral Springs, for appellee Murley Sarah Narine.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***